AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Donna M Todd, Est of Heather Todd, Deceased <br> Plaintiff <br> v. <br> JAMES W. BROWN <br> Defendant | ) <br> ) <br> ) Civil Action No. 2:08-cv-02109 <br> ) <br> ) |

### Summons in a Civil Action

To: *(Defendant's name and address)*

James W. Brown
3079 N 3200 East Road
Beaverville, IL 60912

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Ronald E. Boyer, Ronald E. Boyer, P.C., 600 E. Walnut St., P.O. Box 116, Watseka, IL 60970
Edward P. Dumas, Dumas, Weist & Mahnesmith, 119 W. Harrison St., Rensselaer, IN 47978
A. William Razzano, Razzano Law Office, P.O. Box 300, Watseka, IL 60970

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

s/ Pamela E Robinson
Name of clerk of court

Date: May 14, 2008

s/ M. Talbott
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*