AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
CENTRAL DISTRICT OF ILLINOIS

| Donna M Todd, Est of Heather Todd, Deceased | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. 2:08-cv-02109 |
| JAMES W. BROWN | ) |
| Defendant | ) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

James W. Brown
3079 N 3200 East Road
Beaverville, IL 60912

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Ronald E. Boyer, Ronald E. Boyer, P.C., 600 E. Walnut St., P.O. Box 116, Watseka, IL 60970
Edward P. Dumas, Dumas, Weist & Mahnesmith, 119 W. Harrison St., Rensselaer, IN 47978
A. William Razzano, Razzano Law Office, P.O. Box 300, Watseka, IL 60970

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court

Date: May 14, 2008

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on James W. Brown, by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with Valerie Brown (wife) who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

Date: 5-21-08

Agnes Norton
Server's signature

Agnes Norton
Printed name and title

265 Stebbings Ct. Ste 1 Bradley, IL 60915
Server's address