# UNITED STATES DISTRICT COURT

CENTRAL     DISTRICT OF     ILLINOIS

DONNA M. TODD, as Personal Representative of the Estate of HEATHER TODD, Deceased,

       Plaintiff,

vs.

JAMES W. BROWN,

       Defendant.

**APPEARANCE**

Case Number: 08-CV-2109

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    James W. Brown, Defendant

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/10/2008 | s/Michael A. Wozniak |
| Date | Signature |
| | Michael A. Wozniak     6187867 |
| | Print Name     Bar Number |
| | 2506 Galen Drive, Suite 108 |
| | Address |
| | Champaign    IL    61821 |
| | City    State    Zip Code |
| | (217) 351-7479    (217) 351-6870 |
| | Phone Number    Fax Number |