E-FILED
Tuesday, 10 June, 2008  10:00:31 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| DONNA M. TODD, as Personal Representative of the Estate of HEATHER TODD, Deceased,<br><br>      Plaintiff,<br><br>v.<br><br>JAMES W. BROWN,<br><br>      Defendant. | No. 08 CV 2109 |

## MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD

NOW COMES the Defendant, JAMES W. BROWN, by and through his attorney, MICHAEL A. WOZNIAK of LIVINGSTON, BARGER, BRANDT & SCHROEDER, and pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 6.1, does move for an enlargement of time in which to answer or otherwise plead and in support thereof states as follows:

1.    Counsel was retained on the afternoon of June 9, 2008, to represent the interest of James W. Brown with respect to the above-captioned case.

2.    Defendant has not sought an extension of time previously in which to answer or otherwise plead.

3.    Counsel for the Defendant has spoken with Ronald E. Boyer, lead counsel for the Plaintiff, and Mr. Boyer has no objection to an enlargement of time in which to answer or otherwise plead.

4.    Defendant requests until July 7, 2008, in which to answer or otherwise plead.

WHEREFORE, the Defendant, JAMES W. BROWN, prays for an enlargement of time in which to answer or otherwise plead until July 7, 2008.

        s/Michael A. Wozniak  
        Michael A. Wozniak  Bar Number:  6187867  
        Lead Attorney for Defendant  
        Livingston, Barger, Brandt & Schroeder  
        2506 Galen Drive, Suite 108  
        Champaign, Illinois  61821  
        Telephone:  (217) 351-7479  
        Fax:  (217) 351-6870  
        E-mail: mwozniak@lbbs.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 10, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:


Ronald E. Boyer
600 E. Walnut Street
P.O. Box 116
Watseka, IL  60970


Edward P. Dumas
Dumas, Weist & Mahnesmith
119 West Harrison Street
Rensselaer, IN  47978


A. William Razzano
Razzano Law Office
P.O. Box 300
Watseka, IL  60970


                                                s/Michael A. Wozniak
                                                Michael A. Wozniak  Bar Number:  6187867
                                                Lead Attorney for Defendant
                                                Livingston, Barger, Brandt & Schroeder
                                                2506 Galen Drive, Suite 108
                                                Champaign, Illinois  61821
                                                Telephone:  (217) 351-7479
                                                Fax:  (217) 351-6870
                                                E-mail:  mwozniak@lbbs.com