E-FILED
Monday, 07 July, 2008 02:18:15 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| DONNA M. TODD, as Personal Representative of the Estate of HEATHER TODD, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 08 CV 2109 |
| JAMES W. BROWN, | ) ) ) | |
| Defendant. | ) | |

### MOTION FOR STAY OF PROCEEDINGS OR OTHER RELIEF

NOW COMES the Defendant, JAMES W. BROWN, by and through his attorney, MICHAEL A. WOZNIAK of LIVINGSTON, BARGER, BRANDT & SCHROEDER, and pursuant to Rules 6(b) and 7(b), together with Local Rules 6.1 and 7.1, requests the stay of proceedings, an enlargement of time in which to assert affirmative defenses, and alternatively, a protective order limiting discovery and in support thereof states as follows:

1. Plaintiff has filed a Complaint (Docket #1) that asserts the death of the decedent on or about May 22, 2006 (paragraph 7 of Count I; paragraph 14 of Count II; paragraph 22 of Count III); said events occurring nearly two years prior to the date of the filing of this cause of action.

2. Defendant, James W. Brown, was named as a defendant in a criminal case in the Circuit Court of Iroquois County, cause number 2006 CF 91. Copies of the docket entries of the Circuit Court of Iroquois County are attached hereto and incorporated herein as Exhibit A.

3. Defendant, James W. Brown, remains a defendant in the criminal case filed in Iroquois County, Illinois, at the present time and remains subject to prosecution.

4. Defendant seeks a stay of the civil proceeding until the conclusion of the criminal case or such other time as the court would deem appropriate due to the pending criminal case filed against him in Iroquois County, as an assertion of the Defendant's Fifth Amendment rights could impose costs upon him, such as foregoing a defense of the civil action to maintain his rights with respect to the criminal cause of action.

5. Additionally, the Defendant seeks an enlargement of time in which to file affirmative defenses in this cause of action, and alternatively, a protective order modifying discovery so that the Defendant would not have to respond to discovery regarding the events on the date of the incident until further order of the court. The alternative relief would permit ongoing discovery without inflicting a "cost" on the Defendant with respect to the assertion of a Fifth Amendment privilege.

6. Attorney Boyer, lead attorney for the Plaintiff, objects to a stay, but had no objection to an enlargement of time to assert affirmative defenses.

7. Pursuant to Local Rule 7.1, a memorandum of law is filed contemporaneously herewith and is incorporated herein by reference.

WHEREFORE, the Defendant, JAMES W. BROWN, prays for a stay of proceedings, an enlargement of time in which to file affirmative defenses, or alternatively, a protective order limiting inquiry into the events of the date of the incident, and for such other relief as this court shall deem appropriate and just.

> s/Michael A. Wozniak
> Michael A. Wozniak  Bar Number: 6187867
> Lead Attorney for Defendant
> Livingston, Barger, Brandt & Schroeder
> 2506 Galen Drive, Suite 108
> Champaign, Illinois  61821
> Telephone:  (217) 351-7479
> Fax:  (217) 351-6870
> E-mail: mwozniak@lbbs.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 7, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ronald E. Boyer
600 E. Walnut Street
P.O. Box 116
Watseka, IL  60970


Edward P. Dumas
Dumas, Weist & Mahnesmith
119 West Harrison Street
Rensselaer, IN  47978


A. William Razzano
Razzano Law Office
P.O. Box 300
Watseka, IL  60970


                                              s/Michael A. Wozniak
Michael A. Wozniak  Bar Number:  6187867
Lead Attorney for Defendant
Livingston, Barger, Brandt & Schroeder
2506 Galen Drive, Suite 108
Champaign, Illinois  61821
Telephone:  (217) 351-7479
Fax:  (217) 351-6870
E-mail:  mwozniak@lbbs.com

# Iroquois County, IL

**EXHIBIT A**

## 2006CF91 BROWN, JAMES W

Last Search | Information | Dispositions | History | Payments | Fines & Fees

| Date | Entry | Judge |
|---|---|---|
| | Entered Under: BROWN, JAMES W | |
| 06/16/2008 | Status hearing set for 7/10/2008 at 01:30 in courtroom N. | UNASSIGNED |
| 06/13/2008 | Atty Gubbins with defendant, SA Devine for the state. By agreement, Status of ballistics expert continued to 7/10/08 at 1:30 p.m. (JUDGE JAMES B. KINZER)ra | UNASSIGNED |
| 05/08/2008 | Status hearing set for 6/13/2008 at 09:30 in courtroom N. | UNASSIGNED |
| 05/07/2008 | Atty Sacks with defendant, SA Devine. Continued to 6/13/08 at 9:00 a.m for status of ballistics expert. (JUDGE JAMES B. KINZER)ra | UNASSIGNED |
| 05/06/2008 | Status hearing set for 5/07/2008 at 09:30 in courtroom N. | UNASSIGNED |
| 05/02/2008 | Atty Sacks with defendant, ASA O'Brien. Case continued to 5/7/08 at 9:30 a.m for status of balistics expert and setting of bench trial. (JUDGE JAMES B. KINZER)ra | UNASSIGNED |
| 04/01/2008 | Attorney Sacks files Motion To Continue. lh Status hearing set for 5/02/2008 at 01:30 in courtroom N. copy of entry provided to States Attorney and Attorney Sacks. llb. | UNASSIGNED |
| 03/31/2008 | Atty Sacks not present. Case continued to 5/2/08 at 1:30 p.m. for status. Copy to the STate. (JUDGE JAMES B. KINZER)ra | UNASSIGNED |
| 12/21/2007 | Status hearing set for 3/31/2008 at 01:30 in courtroom N. | UNASSIGNED |
| 12/20/2007 | Atty Sacks with defendant, SA Devine for the state. Case called for status of discovery. Case continued to 3/31/08 1:30pm for status of defense ballistics expert's analysis. (JUDGE JAMES B. KINZER)ra | UNASSIGNED |
| 11/02/2007 | Atty Sacks with defendant on bond. ASA Donahue for the state. Continued to 12/20/07 at 1:30 p.m for status of discovery from State, Atty Sacks still needs forensic information, and status of defense discovery. (JUDGE JAMES B. KINZER)Jennifer L. Schunke/ra Status hearing set for 12/20/2007 at 01:30 in courtroom N. Attorney Sacks files Third Supplemental 413. llb | UNASSIGNED |
| 10/15/2007 | SA Devine for the state. Atty Sacks not present. Atty Sacks' motion to continue allowed, set for 11/2/07 at 11:00 a.m. for setting, status and jury setting. Copy to Mr. Sacks. (JUDGE JAMES B. KINZER)ra Scheduling conf set for 11/02/2007 at 11:00 in courtroom N. copy of entry mailed to Attorney Sacks llb proof in file. llb. | UNASSIGNED |
| 10/09/2007 | Attorney Sacks files Motion to Continue. llb | UNASSIGNED |
| 09/10/2007 | Atty Sacks for defendant, Case continued for status to 10/15/07 at 1:30 p.m. and setting of trial. Copy of minutes to the State. (JUDGE JAMES B. KINZER)ra Clerk provided copy of docket St's Atty Status hearing set for 10/15/2007 at 01:30 in courtroom N./dja | UNASSIGNED |
| 08/24/2007 | Atty Sacks for defendant, SA Devine for the state. Case called on Atty Sacks motion to continue, motion allowed, no objection. Atty Sacks to obtain additional expert. Case continued to 9/10/07 at 9:30 a.m for status and setting of jury trial. Jury trial not to commence on 9/10/07. (JUDGE JAMES B. KINZER)Jennifer L. Schunke/ra Status hearing set for 9/10/2007 at 09:30 in courtroom N. | UNASSIGNED |
| 08/17/2007 | Attorney Sacks files motion to continue. llb | UNASSIGNED |

| Date | Description | Assigned |
|---|---|---|
| 07/11/2007 | SA files supplemental disclosure to the accused. llb. | UNASSIGNED |
| 04/24/2007 | Defendant appears with Atty Sacks. ASA Donahue for the state. Case called for arraignment and also for setting. Case called for arraignment on indictment returned by Grand Jury, Count II, Aggravated Discharge of a Firearm, Class 1 felony. Defendant through counsel waives formal reading of indictment and explanation of rights, tenders a plea of not guilty, demands trial by jury, moves for statutory discovery and pretrial. Atty Sacks files motion to continue, no objection. Motion granted. Case set for jury trial 9/10/07 at 9:30 a.m. Final pretrial set for 8/24/07 at 1:30 p.m. Discovery to be complete by that date. (JUDGE JAMES B. KINZER)Jennifer L. Schunke/ra Jury trial set for 9/10/2007 at 09:30 in courtroom N. Final pre-trial set for 8/24/2007 at 01:30 in courtroom N. | UNASSIGNED |
| 04/16/2007 | Attorney Sacks files motion to continue. llb. Attorney Sacks files Second Supplemental 413. llb. | UNASSIGNED |
| 04/12/2007 | Received by fax Motion to Continue. llb. | UNASSIGNED |
| 04/09/2007 | Attorney Sacks files Supplemental 413.llb. | UNASSIGNED |
| 03/08/2007 | Grand jury returns a supplemental indictment with additional count ordered placed on file. Bond to remain as previously set. Case set for April 24, 2007 at 9:00 a.m. (JUDGE GORDON L. LUSTFELDT) llb Arraignment set for 4/24/2007 at 09:00 in courtroom N. | GLL |
| 02/05/2007 | SA files Supplemental Disclosure to the Accused. llb. | UNASSIGNED |
| 01/31/2007 | Attorney Sacks files Certificate of Delivery. llb. | UNASSIGNED |
| 12/26/2006 | Jury trial set for 5/14/2007 at 09:30 in courtroom N. Final pre-trial set for 4/24/2007 at 09:00 in courtroom N. | UNASSIGNED |
| 12/21/2006 | Defendant with Atty Sacks. ASA Donahue for the state. Case called for pretrial. Jury trial to commence on May 14, 2007 at 9:30 a.m. Final pretrial set for 4/24/07 at 9:00 a.m. and for possible jury pool disclosure. Parties indicate ongoing efforts to supply balistics and other information. (JUDGE JAMES B. KINZER)ra | UNASSIGNED |
| 11/03/2006 | SA files Supplemental Disclosure to the Accused. llb. | UNASSIGNED |
| 10/30/2006 | Defendant appears not in custody with Atty Sacks. SA Devine for the state. Case called for pretrial. Case continued for further pretrial to 12/21/06 at 9:00 a.m. Atty Sacks indicates intent to have ballistics analysis. Atty Sacks has not received discovery disk from Sheriff's dept, copy of photographs of gun shot pattern. (JUDGE JAMES B. KINZER)ra Pre-trial set for 12/21/2006 at 09:00 in courtroom N. | UNASSIGNED |
| 10/10/2006 | SA Devine files Supplemetal Disclosure to the Accused. llb. | UNASSIGNED |
| 09/06/2006 | Pre-trial set for 10/30/2006 at 09:00 in courtroom N. | UNASSIGNED |
| 09/01/2006 | Atty Sacks with defendant. SA Devine for the state. Case called for pretrial. Atty Sacks acknowledges receipt of State discovery. Pretrial set for 10/30/06 at 9:00 a.m. Trial to be set in Jan- Feb 2007. (JUDGE JAMES B. KINZER)ra | UNASSIGNED |
| 08/18/2006 | SA files Certificate of Service. llb. | UNASSIGNED |
| 07/27/2006 | On court's motion, pretrial continued to 9/1/06 at 1:30 p.m. Aug 11 date is vacated. Clerk notified Atty Sacks. (JUDGE JAMES B. KINZER)ra Clerk notified Attorney Sacks. pad Pre-trial set for 9/01/2006 at 01:30 in courtroom N. pad | UNASSIGNED |
| 06/22/2006 | Case called for arraignment on indictment returned by Grand Jury. Defendant appears with Attorney Leonard Sacks. SA Devine for the state. Defendant through counsel waives formal reading of indictment and explanation of rights, tenders a plea of not guilty, demands trial by jury, moves for statutory discovery and pretrial. Case placed upon the next available jury trial calendar with Judge Kinzer in Courtroom N. Court's motion for discovery allowed. The State directed to comply with non-discretionary discovery within 21 days of this date, the defense on the court's own motion | UNASSIGNED |

| Date | Description | |
|---|---|---|
| | within 21 days of receipt, rules 412 and 413 respectively. The defense shall file any and all pretrial motions within 45 days of this date, except any motion the need for which is generated by receipt of discovery material and as to those motions to be filed within 10 days following receipt of that discovery material. Pretrial set for August 11, 2006 at 9:30 a.m. Courtroom N. (JUDGE JAMES B. KINZER)Jennifer L. Schunke/ra Pre-trial set for 8/11/2006 at 09:30 in courtroom N. | |
| 06/22/2006 | Case called on the Court's own motion, this Court recuses itself from this case and assigns the same to Honorable James B. Kinzer for all further proceedings. (JUDGE GORDON L. LUSTFELDT)llb | GLL |
| 06/06/2006 | Attorney Sacks files Entry Of Appearance. lh | UNASSIGNED |
| 06/01/2006 | Grand jury returns into Court a NO TRUE BILL as to the offense of First Degree Murder but a TRUE BILL OF INDICTMENT on Involuntary Man Slaughter which is ordered placed on file. Arraignment set for June 22, 2006 at 9:30 a.m. (JUDGE GORDON L.LUSTFELDT) llb Arraignment set for 6/22/2006 at 09:30 in courtroom S. | GLL |
| 05/25/2006 | SA Devine files Notice To Witness. (Lt. Randolph Eimen) lh | UNASSIGNED |
| 05/22/2006 | **Complaint filed on 5/22/2006 Case called. Defendant appears in custody pro se. State by Assistant State's Attorney Donahue. Defendant provided copy of the Information in one Count which is read and explained and defendant advised of nature of charges maximum penalty, right to trial, counsel and other rights. Defendant advises he will obtain counsel. State proffers defendant has no prior criminal history. Pursuant to burglary of his tool shed, defendant shot alleged burglar, and victim Heather Todd was killed. Bond set at $ 50,000.00. 10% to apply Case continued until 6/22/06 at 9:30 a.m. for appearance of counsel Defendant advised of obligation to provide current address and of trial in absentia, through sentencing. Defendant remanded. (JUDGE GORDON L. LUSTFELDT)Jennifer Schunke/ra Appearance/counsel set for 6/22/2006 at 09:30 in courtroom S. Received from the Sheriff's Office, $5000.00 cash bond, case set for June 22, 2006 at 9:30 a.m. llb. Bond date set for 6/22/2006 at 09:30 in courtroom S. | UNASSIGNED |