UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| DONNA M. TODD, as Personal Representative of the Estate of HEATHER TODD, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION |
| vs. | ) ) | FILE NO. 2:08-cv-2109 |
| JAMES W. BROWN, | ) ) ) | |
| Defendant. | ) | |

**RESPONSE TO MOTION FOR STAY OF PROCEEDINGS**

Now comes the Plaintiff, DONNA M. TODD, as Personal Representative of the Estate of HEATHER TODD, Deceased, and for her Response to Defendant's Motion For Stay of Proceedings, states as follows:

1. A stay of the civil proceeding until the conclusion of the criminal case pending against the defendant would be inappropriate and prejudicial to the plaintiff.

2. While the defendant seeks such a stay for the purpose of asserting his Fifth Amendment rights in the criminal case, the defendant has already given to the police officers a video taped statement concerning the events alleged in the Complaint.

3. While the criminal case against the defendant is still pending, no trial date has been set, and defendant is thereby requesting an indefinite stay.

4. The plaintiff has a legitimate interest in the expeditious resolution of the civil case, and is likely to suffer prejudice as a result of a stay.

5. The private interest of, and burden on the defendant does not outweigh the burdens to the plaintiff given that the defendant has already opted against asserting his Fifth Amendment privilege against self-incrimination by answering the complaint and giving a statement to police officers without invoking the privilege.

6. A stay would thwart the Court's interest in an expeditious and efficient discovery process in moving the case towards resolution, whether through settlement, dispositive motions or trial.

7. Public policy favors proceeding with this civil action to the extent that plaintiff seeks, through this action, to recover sums of money for the support of the minor children of the decedent.

8. Plaintiff has no objection to an enlargement of time to assert affirmative defenses.

9. A Memorandum of Law is filed contemporaneously herewith, and is incorporated herein by reference.

WHEREFORE, the Plaintiff prays that the Defendant's Motion for a Stay of Proceedings, or a protective order limiting inquiry into the events of the date of the incident be denied.

DONNA M. TODD, as Personal Representative of the Estate of HEATHER TODD, Deceased,

By: s/Ronald E. Boyer
Ronald E. Boyer, Atty. Reg. 00268194
Attorney for the Plaintiff
Ronald E. Boyer, P.C.
600 E. Walnut Street
Watseka, IL 60970
Telephone: (815) 432-6101
Fax: (815) 432-4773
E-mail: ron@lawyerboyer.com